IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   08-cv-02373-CMA-MEH           **FTR – Courtroom C203**
**Date:** December 16, 2008                          Cathy Coomes, Courtroom Deputy

ROCKLYN F. HOLMES,                                   *Pro Se*

    Plaintiff,

v.

CAPITAL ONE BANK (USA) NA,                           Sarah Ann Mastalir
JACQUES A. MACHOL, III, and                          Jacques A. Machol, Jr.
LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP,

    Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE**

**Court in session:**   9:21 a.m.

Court calls case.  Appearances of *pro se* Plaintiff and counsel.

Discussion regarding the status of the case.

The Court will go off the record at this time to discuss settlement.

**Court in recess:**   9:22 a.m.   (Hearing concluded)
Total time in court:   0:01