IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02373-CMA-MEH

ROCKLYN F. HOLMES,

    Plaintiff,
v.

CAPITAL ONE BANK, (USA), N.A.,
JACQUES A. MACHOL, III, an individual, and
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 18, 2008.**

    In light of the settlement proceedings held before the Court Tuesday, December 16, 2008, and Plaintiff's Notice of Voluntary Dismissal with Prejudice [docket #23], Plaintiff's Motion for Alternative Dispute Resolution [filed November 19; 2008; docket #13] is **denied as moot**.