IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02373-CMA-MEH

ROCKLYN F. HOLMES,

      Plaintiff,

v.

CAPITAL ONE BANK, (USA), N.A.,
JACQUES A. MACHOL, III, an individual, and
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP,

      Defendants.

---

## RECOMMENDATION ON DEFENDANTS' MOTIONS TO DISMISS

---

**Michael E. Hegarty, United States Magistrate Judge.**

      In light of the settlement proceedings held before the Court Tuesday, December 16, 2008, and Plaintiff's Notice of Voluntary Dismissal with Prejudice [docket #23], the Court hereby RECOMMENDS Defendants Jacques A. Machol, III, and Linebarger Goggan Blair & Sampson, LLP's Motion to Dismiss pursuant to C.R.C.P. 12(b)(5) [filed October 31, 2008; docket #4] and Defendant Capital One Bank (USA), N.A.'s Motion to Dismiss Claims against Capital One Bank (USA), N.A. [filed November 7, 2008; docket #10] be **denied as moot**.[1]

---

[1]Be advised that all parties shall have ten (10) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).

Dated at Denver, Colorado, this 18th day of December, 2008.

BY THE COURT:


 s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge