IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02373-CMA-MEH

ROCKLYN F. HOLMES,

    Plaintiff,

v.

CAPITAL ONE BANK (USA) NA,
JACQUES A. MACHOL, III, and
LINEBARGER, COGGAN, BLAIR & SAMPSON, LLP,

    Defendants

## ORDER OF DISMISSAL

Pursuant to Plaintiff's voluntary Notice of Dismissal (Doc. # 23) and in accordance with Magistrate Judge Hegarty's Recommendation dated December 18, 2008 (Doc. # 25), there being no objections filed by any party within the amount of time set forth in the Recommendation (Recommendation at 1), it is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay its own costs.

DATED at Denver, Colorado, this  26th  day of  January , 2009

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge