**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02373-CMA-MEH

ROCKLYN F. HOLMES,

      Plaintiff,

v.

CAPITAL ONE BANK (USA) NA,
JACQUES A. MACHOL, III, and
LINEBARGER, COGGAN, BLAIR & SAMPSON, LLP,

      Defendants.

_____

## JUDGMENT

_____

      PURSUANT to and in accordance with the Order of Dismissal entered by the

Honorable Christine M. Arguello on January 26, 2009, it is

      ORDERED that the Complaint and this civil action are DISMISSED with

prejudice.  It is

      FURTHER ORDERED that each party shall pay its own costs.

      DATED January __27th__, 2009.

                              FOR THE COURT:

                              Gregory C. Langham, Clerk

                              By: s/ Edward P. Butler_____
                                  Edward P. Butler
                                Deputy Clerk